UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HORACE W. CRUMP, JR.,

        Petitioner ,

v.

KENNETH T. McKEE,

        Respondent.
_____/

Case No. 1:02-CV-499

HON. RICHARD ALAN ENSLEN

**FINAL ORDER**

In accordance with the Opinion of today's date;

**IT IS HEREBY ORDERED** that Petitioner's Objections to Magistrate Judge Carmody's Report and Recommendation of June 20, 2005 (Dkt. No. 37) are **DENIED**, Magistrate Judge Carmody's Report and Recommendation of June 20, 2005 (Dkt. No. 33) is **ADOPTED**, Petitioner's Petition for Habeas Corpus (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**, and a certificate of appealability is **DENIED** as to all issues raised in the Petition.

DATED in Kalamazoo, MI:
    August 19, 2005

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE